CORN EXCHANGE BANK TRUST COMPANY, Respondent, *v.* ISLAND PARK-LONG BEACH, INC., et al., Defendants, and LESLIE J. EKENBERG, as Trustee in Bankruptcy of ISLAND PARK-LONG BEACH, INC., Appellant.

Argued January 13, 1938; decided January 27, 1938.

*Nathan April* for appellant.

*Spotswood D. Bowers, Harold E. Brennan* and *Stewart W. Bowers* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN and HUBBS, JJ.